**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:   EVA SOTOMAYOR                                          CASE NO: 07-03022
                                                                CHAPTER 13

         DEBTORS(S)                                             JUDGE: JACK B SCHMETTERER

                                                                NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   HOMEQ SVG

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0002 | 2341 1169 0118867 | $ 11,120.91 | $ 11,120.91 | $ 11,120.91 |

Total Amount Paid the Trustee                                                       $  11,120.91

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                          X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 04th day of    October, 2012.

Debtor(s)                                                                          Debtors Attorney

EVA SOTOMAYOR                                                        MACEY BANKRUPTCY LAW PC
2634 W 15TH ST                                                             233 S WACKER DR # 5150
CHICAGO IL 60608                                                        CHICAGO IL 606060000


Mortgage Arrearage Creditor

HOMEQ SVG
% WELLS FARGO BANK
PO BOX 45038
JACKSONVILLE FL 32231-5038


Electronic Service US Trustee


Date: October 4, 2012                                                    /s/ Tom Vaughn

                                                                                      Tom Vaughn, Chapter 13 Trustee
                                                                                      Chapter 13 Trustee
                                                                                      55 East Monroe Street, Suite 3850
                                                                                      Chicago, Ill   60603