# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   EVA SOTOMAYOR                                   CASE NO: 07-03022
                                                         CHAPTER 13

         DEBTORS(S)                                      JUDGE:  JACK B SCHMETTERER

                                                         NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   BANK OF AMERICA

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 5476 ARRS | $ 1,351.23 | $ 1,351.23 | $ 1,351.23 |

Total Amount Paid the Trustee                                            $   1,351.23

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 04th day of   October, 2012.

| Debtor(s) | Debtors Attorney |
|---|---|
| EVA SOTOMAYOR<br>2634 W 15TH ST<br>CHICAGO IL 60608 | MACEY BANKRUPTCY LAW PC<br>233 S WACKER DR # 5150<br>CHICAGO IL 606060000 |

Addtional Creditors

BANK OF AMERICA
475 CROSSPOINT PKWY
GETZVILLE NY 14068


Mortgage Arrearage Creditor

BANK OF AMERICA
% BAC HOME LOANS SERVICING LP
7105 CORPORATE DR
PLANO TX 75024


Electronic Service US Trustee


Date: October 4, 2012                    /s/ Tom Vaughn

    Tom Vaughn, Chapter 13 Trustee
    Chapter 13 Trustee
    55 East Monroe Street, Suite 3850
    Chicago, Ill   60603